**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**DANIEL L. FORD,**                                                                            **PLAINTIFF**

**v.**                        **CIVIL ACTION NO. 5:23-cv-00074-LLK (e-filed)**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**                **DEFENDANT**

**<u>JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

November 17, 2023

Lanny King, Magistrate Judge
United States District Court

TENDERED BY:
Lisa G. Smoller
Special Assistant United States Attorney
Office of Program Litigation, Office 4
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 617-565-4279
Email: lisa.g.smoller@ssa.gov